# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PEARLIE CARROLL,

    Plaintiff,

v.                            CASE NO. 4:06cv465-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This matter is before the court on the magistrate judge's report and recommendation (document 18), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision denying plaintiff's application for disability benefits is AFFIRMED. The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 8th day of September, 2007.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge